904

Ct. N. C.

No. 75–5949. AVERY v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–5960. CAREY v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6143. MITCHELL ET AL. v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6145. GRIFFIN v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6150. SPAULDING ET AL. v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6151. McZORN v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6168. WADDELL v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6378. PATTERSON v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6399. DULL v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6410. CARTER v. NORTH CAROLINA. Sup. Ct. N. C.

No. 75–6686. HARRILL v. NORTH CAROLINA. Sup. Ct. N. C.